UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| optionsXpress, Inc. and optionsXpress Holdings, Inc.,<br>      Plaintiffs,<br><br>v.<br><br>optionsXpress Inc., Rong Nie, and Yiling Wang,<br>      Defendants. | Case No. 1:14-cv-00956-PKC<br><br>DEFAULT JUDGMENT |

This action having been commenced on February 14, 2014, by the filing of a Complaint, and copies of the Summons and Complaint having been served on the defendants in accordance with Fed. R. Civ. P. 4 and proof of service being filed with the Court on April 8, 2014, and June 30, 2014, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That the plaintiffs optionsXpress, Inc. and optionsXpress Holdings Inc., have judgment against defendants optionsXpress Inc., Rong Nie, and Yiling Wang.  Defendants are permanently enjoined from using plaintiffs' mark or name in association with acts calculated or likely to cause confusion or mistake in the mind of the public or to deceive consumers including using the mark or name in commerce, for advertising, in domain names, on websites, in corporate names or in registrations with New York authorities for service of process.  Furthermore, this Court finds good cause for the dissolution of defendants' "optionsXpress" entity registered in New York and orders that such entity be dissolved.  Finally, plaintiffs are awarded $100,000 in statutory damages to be paid by the defendants.

Dated: _____, 2014
      New York, New York

                                               _____
                                               Honorable P. Kevin Castel
                                               United States District Judge